**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Popelino's Transportation, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Popelinos Dumping & Construction Cleaning**<br>**DBA  Popelino's Greenwaste Recycling** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-1511401** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1880 Brown Avenue**<br>**Riverside, CA 92509**<br>Number, Street, City, State & ZIP Code | **3661 Hunter Street**<br>**Riverside, CA 92509**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Riverside**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**   **https://popelinostransportationinc.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Popelino's Transportation, Inc.**                                    Case number *(if known)* _____
_____Name_____

7.  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_**4841**_

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Popelino's Transportation, Inc.** _____ Case number (*if known*) _____
        Name

| List all cases. If more than 1, attach a separate list | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                     Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency _____
              Contact name _____
              Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter    __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

▮ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/18/25
　　　　　　　MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Jose Barragan**
Printed name

Title    **President**

**18. Signature of attorney**    X _____    Date    3/18/25
　　　　　　　Signature of attorney for debtor　　　　　　　MM / DD / YYYY

**Todd Turoci 160059**
Printed name

**THE TUROCI FIRM**
Firm name

**3845 Tenth Street
Riverside, CA 92501**
Number, Street, City, State & ZIP Code

Contact phone    **(888) 332-8362**    Email address    **mail@theturocifirm.com**

**160059 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Popelino's Transportation, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/18/25    X _____
                              Signature of individual signing on behalf of debtor

                              **Jose Barragan**
                              Printed name

                              **President**
                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Popelino's Transportation, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alliance Funding Group, Headq. Brij Patel, CEO 17542 17th Street, Suite 200 Tustin, CA 92780** | BHall@afg.com 800-978-8817 | **2017 Kenworth [VIN 2862]** | | $60,740.00 | $50,000.00 | $10,740.00 |
| **Alliance Funding Group, headq. Brij Pater, CEO aka Pawnee Leasing 17542 17th Street, Suite 200 Tustin, CA 92780** | BHall@afg.com 800-978-8817 | **2014 Caterpillar** | | $55,015.00 | $45,000.00 | $10,015.00 |
| **American Express P.O. Box 0001 Los Angeles, CA 90096** | 888-297-1244 | **Credit Card** | | | | $3,213.00 |
| **American Express P.O. Box 0001 Los Angeles, CA 90096** | 888-297-1244 | **Credit Card** | | | | $14,786.00 |
| **American Express P.O. Box 0001 Los Angeles, CA 90096** | 888-297-1244 | **Credit Card** | | | | $20,261.00 |
| **Bank of America Po Box 1598 Norfolk, VA 23501** | 800-432-1000 | **Credit Card** | | | | $36,714.00 |
| **Blue Bridge Financial, LLC Attn. Rob Snow, Managing Member 18301 Von Karmen Ave. Irvine, CA 92612** | rsnow@bluebridge financial.com 866-777-1011 | **2012 Kenworth T800 Sleeper Truck [VIN 1885]** | | $63,127.00 | $50,000.00 | $13,127.00 |

Debtor   **Popelino's Transportation, Inc.** _____     Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Caterpillar Financial Services Co.** Jim Umpleby, CEO 2120 West End Ave. Nashville, TN 37203 | **800-651-0567** | **2015 Caterpillar 950M Medium Wheel Loader Has a bad engine.** | | $120,432.00 | $30,000.00 | $90,432.00 |
| **Celtic Bank (FDIC)** Attn. Reese Howell, Jr., CEO 268 South State Street, Suite 300 Salt Lake City, UT 84111 | | **All Assets** | | $140,000.00 | $1,363,115.00 | $33,785.00 |
| **Century Surety Company** c/o Latitude Subrogation Services POB 2167 Birmingham, MI 48012-9998 | **Justin Gawlik, JD** jgawlik@latitudesubro.com 248-365-4295 | **Collection Account** | | | | $50,775.00 |
| **CNH Industrial Capital America** Gerrit Marx, CEO 711 Jorie Blvd. Oak Brook, IL 60523 | **800-501-5711** | **2023 Doosan DL320-7 US10 Wheel Loader & Doosan GP Bucket** | | $217,479.00 | $180,000.00 | $37,479.00 |
| **CNH Industrial Capital America** Gerrit Marx, CEO 711 Jorie Blvd. Oak Brook, IL 60523 | **800-501-5711** | **Skid Steer L328** | | $59,220.00 | $40,000.00 | $19,220.00 |
| **CNH Industrial Capital America** Gerrit Marx, CEO 711 Jorie Blvd. Oak Brook, IL 60523 | | **New Holland L328** | | $61,219.00 | $50,000.00 | $11,219.00 |
| **D&R Woods Enterprise** c/o Paul M. Mahoney MAHONEY & SOLL, LLP 150 W. 1st Street. Suite 180 Claremont, CA 91711 | **Paul M. Mahoney** pmahoney@mahoneyandsoll.com (909) 399-9987 | **Lawsuit** | | | | $3,858,622.00 |
| **Ford Motor Credit** Attn: Cathy O'Callaghan, CEO 1 American Road Dearborn, MI 48126 | | **2024 Ford F250 VIN 3809** | | $111,809.00 | $80,000.00 | $31,809.00 |

Debtor  **Popelino's Transportation, Inc.**  Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| K&J Transport 9770 Alder Ave. Bloomington, CA 92316 | 909-565-9195 | Services | | | | $13,000.00 |
| Rodriguez Express, Inc. Victor Rodriguez, CEO 10882 Lansford Street Mira Loma, CA 91752 | Victor Rodriguez, CEO 951-681-0834 | Loan | | | | $20,000.00 |
| Umpqua Bank (FDIC) aka Financial Pacific Leasing Clint Stein, CEO 445 Se Main St Roseburg, OR 97470 | 866-486-7782 | 2017 Kenworth [VIN 7862] | | $47,106.00 | $40,000.00 | $7,106.00 |
| Valley Fresh Produce, Inc. 275 Kearney Street, Extension #A Saratoga, CA 95070 | Michael J. Barsi, Esq. BarsiLaw@aol.com 831-685-2900 | Lawsuit Case No. 20CV01416 | | | | $210,000.00 |
| WCA Ken Ramstad 14900 Concordia Ranch Rd Lake Elsinore, CA 92531 | Ken Ramstad ken@wca-online.com 951-795-8180 | Loan | | | | $40,000.00 |

# United States Bankruptcy Court
## Central District of California

In re   **Popelino's Transportation, Inc.** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Jose Barragan**<br>**3661 Hunter Street**<br>**Riverside, CA 92509** | | | **100%** |

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Central District of California

In re   **Popelino's Transportation, Inc.** _____

_____ Debtor(s)

Case No. _____

Chapter   **11** _____

### LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___3/18/25_____

Signature _____

**Jose Barragan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Riverside**                                    , California.

Date:   _3/18/25_

**Jose Barragan**
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name **Popelino's Transportation, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $        751,486.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $        2,567,126.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $        3,318,612.00

---

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $        3,582,737.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $        22,650.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$        4,723,807.00

4.    Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b                                                                                                 $    8,329,194.00

---

**Fill in this information to identify the case:**

Debtor name    **Popelino's Transportation, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.     **Cash on hand**                                                                                                  **$100.00**

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank (Negative balance of -$2,316)** | **Checking Account** | **6600** | **$0.00** |
| 3.2. | **Chase Bank (Negative balance)** | **Checking Account** | **5183** | **$0.00** |
| 3.3. | **Chase Bank** | **Checking Account** | **3600** | **$17,537.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                          | **$17,637.00** |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **Popelino's Transportation, Inc.**                                    Case number *(If known)* _____
Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **572,203.00**          -          **143,051.00**          =....          **$429,152.00**
                                                face amount                        doubtful or uncollectible accounts

11b. Over 90 days old:          **65,731.00**          -          **26,292.00**          =....          **$39,439.00**
                                                face amount                        doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                          $468,591.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office Furniture and Equipment, Event Tents, and Shutters** | $0.00 | Comparable sales | $1,366.00 |
| **Apple Ipads, Computer, Printers, and Scanners** | $0.00 | Comparable sales | $932.00 |

Debtor    **Popelino's Transportation, Inc.**    Case number (If known) _____
        Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**    | $2,298.00
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2006 Ford Pickup Truck** | $0.00 | Comparable sales | $2,000.00 |
| 47.2.    **2016 Volvo** | $0.00 | Comparable sales | $12,000.00 |
| 47.3.    **Water Truck**<br>**Vehicle is nonoperable.** | $0.00 | Comparable sales | $2,000.00 |
| 47.4.    **2012 Freightliner** | $0.00 | Comparable sales | $7,000.00 |
| 47.5.    **2014 Freightliner Truck** | $0.00 | Comparable sales | $11,000.00 |
| 47.6.    **Gmc 8500 Truck** | $0.00 | Comparable sales | $2,000.00 |
| 47.7.    **New Holland L328** | $0.00 | Comparable sales | $50,000.00 |
| 47.8.    **2016 Kenworth T800b [VIN 8699]** | $0.00 | Comparable sales | $40,000.00 |
| 47.9.    **2013 Peterbilt VA [VIN 1617]** | $0.00 | Comparable sales | $10,000.00 |
| 47.10.    **2015 Peterbilt Model 367 [VIN 5489]** | $0.00 | Comparable sales | $45,000.00 |

Debtor    **Popelino's Transportation, Inc.**    Case number *(If known)* _____
Name

| 47.11. | **2019 Peterbilt Truck & 2019 Ford F550** | $0.00 | Comparable sales | $105,000.00 |
| 47.12. | **2010 Peterbilt Truck 386**<br>**Truck has no engine** | $0.00 | Comparable sales | $2,000.00 |
| 47.13. | **Peterson Grinder 2710d** | $0.00 | Comparable sales | $130,000.00 |
| 47.14. | **2008 Volvo Va** | $0.00 | Comparable sales | $7,000.00 |
| 47.15. | **2013 Kenworth T80 Vin#5755 and**<br>**2017 Freightliner 125 TR Roll-Off**<br>**Vin#5510** | $0.00 | Comparable sales | $55,000.00 |
| 47.16. | **2015 Caterpillar 950M Medium Wheel**<br>**Loader**<br>**Has a bad engine.** | $0.00 | Comparable sales | $30,000.00 |
| 47.17. | **2020 New Holland L328 [VIN 6729]** | $0.00 | Comparable sales | $20,000.00 |
| 47.18. | **2016 Kenworth T880 [VIN 8033]** | $0.00 | Comparable sales | $35,000.00 |
| 47.19. | **2018 Kenworth T680 [VIN 3383]** | $0.00 | Comparable sales | $40,000.00 |
| 47.20. | **2017 Kenworth [VIN 7862]** | $0.00 | Comparable sales | $40,000.00 |
| 47.21. | **2014 Caterpillar** | $0.00 | Comparable sales | $45,000.00 |
| 47.22. | **2024 Ford F250 VIN 3809** | $0.00 | Comparable sales | $80,000.00 |
| 47.23. | **Skid Steer L328** | $0.00 | Comparable sales | $40,000.00 |
| 47.24. | **2023 Doosan DL320-7 US10 Wheel**<br>**Loader & Doosan GP Bucket** | $0.00 | Comparable sales | $180,000.00 |
| 47.25. | **2013 KW Unit 21** | $0.00 | Comparable sales | $18,000.00 |
| 47.26. | **2012 Kenworth T800 Sleeper Truck [VIN**<br>**1885]** | $0.00 | Comparable sales | $50,000.00 |

| Debtor | **Popelino's Transportation, Inc.** | | Case number *(If known)* | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.27 | 5710 Peterson Grinder 2021 | $0.00 | Comparable sales | $430,000.00 |
| 47.28 | 2006 Kenworth TM | $0.00 | Comparable sales | $15,000.00 |
| 47.29 | 2017 Kenworth [VIN 2862] | $0.00 | Comparable sales | $50,000.00 |
| 47.30 | 2015 Kenworth T68 (VIN 4860 - Unit 4) and 2015 Kenworth T68 (VIN 4855 - Unit 10) Does not run, has a bad engine. | $0.00 | Comparable sales | $10,000.00 |
| 47.31 | 2018 Sunward SWL 3220 Skid Steer Loader Has a bad engine. | $0.00 | Comparable sales | $10,000.00 |
| 47.32 | 2013 Kenworth T660 | $0.00 | Comparable sales | $20,000.00 |
| 47.33 | 2015 Peterbilt 367 | $0.00 | Comparable sales | $45,000.00 |
| 47.34 | 2013 Peterbilt 367 | $0.00 | Comparable sales | $20,000.00 |
| 47.35 | 2018 Peterbilt 567 and 2017 Peterson BT60C | $0.00 | Comparable sales | $130,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | John Deere Gator | $0.00 | Comparable sales | $1,500.00 |
| 48.2. | Zeiman Trailer | $0.00 | Comparable sales | $1,500.00 |
| 48.3. | Delivery Trailer | $0.00 | Comparable sales | $1,000.00 |
| 48.4. | Utility Trailer | $0.00 | Comparable sales | $1,000.00 |
| 48.5. | 2002 Trailer | $0.00 | Comparable sales | $2,000.00 |
| 48.6. | 2013 Flatbite Trailer | $0.00 | Comparable sales | $4,000.00 |
| 48.7. | 2014 Mac Trailer | $0.00 | Comparable sales | $32,000.00 |
| 48.8. | 2001 Mack Trailer | $0.00 | Comparable sales | $28,000.00 |

Debtor  **Popelino's Transportation, Inc.**_____   Case number *(If known)* _____
Name

| | | | | | |
|---|---|---|---|---|---|
| 48.9. | Office Trailer | $0.00 | Comparable sales | | $2,000.00 |
| 48.10. | 2006 Trail King Trailer | $0.00 | Comparable sales | | $4,000.00 |
| 48.11 | (1) Reitnouer Heavy Duty Trailer and (1) Reitnouer Heavy Duty Trailer | $0.00 | Comparable sales | | $16,000.00 |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 6 Storage Containers | $0.00 | Comparable sales | $10,000.00 |
| Komptech/Cribus 2800 | $0.00 | Comparable sales | $25,000.00 |
| 2019 McCloskey S190 "Triple Deck" | $0.00 | Comparable sales | $70,000.00 |
| Bark and Mulch Blower | $0.00 | Comparable sales | $55,000.00 |
| (3) Generators | $0.00 | Comparable sales | $1,500.00 |
| (4) Welders | $0.00 | Comparable sales | $5,000.00 |
| Radio System | $0.00 | Comparable sales | $600.00 |
| Auto Dolley | $0.00 | Comparable sales | $200.00 |
| Sand Pot Sac | $0.00 | Comparable sales | $300.00 |

51.    **Total of Part 8.**                                                         | $2,048,600.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **Popelino's Transportation, Inc.**                    Case number *(If known)*
          Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1880 Brown Avenue, Riverside, CA 92509 APN's: 0260-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, 0260-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, 0260-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, and 0260-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 (property is owned by debtor's principal)** | Lease | $0.00 | Comparable sale | $751,486.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $751,486.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **Popelino's Transportation, Inc.**                    Case number *(If known)* _____
                Name

| | |
|---|---|
| **Potential Award in Popelino's Transportation, Inc. -v -** | |
| **Ford Motor Company et al** | |
| **Case No. CIVSB2425186** | |
| **2019 Ford F150 Truck [VIN #1271]** | $30,000.00 |
| Nature of claim        **Breach of warranty, lemon law** | |
| Amount requested              **$72,000.00** | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    | $30,000.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Popelino's Transportation, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,637.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $468,591.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,298.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,048,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $751,486.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $30,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,567,126.00 | + 91b. $751,486.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,318,612.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name **Popelino's Transportation, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | Amount of claim | Value of collateral that supports this claim |
|  |  | Do not deduct the value of collateral. |  |

### 2.1 Alliance Funding Group, Headq.
Creditor's Name

**Brij Patel, CEO**
**17542 17th Street, Suite 200**
**Tustin, CA 92780**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**09/2020**

Last 4 digits of account number
**1771**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2019 McCloskey S190 "Triple Deck"**

Describe the lien
**Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$56,870.00**    Column B: **$70,000.00**

### 2.2 Alliance Funding Group, headq.
Creditor's Name

**Brij Pater, CEO**
**aka Pawnee Leasing**
**17542 17th Street, Suite 200**
**Tustin, CA 92780**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/14/24**

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**5710 Peterson Grinder 2021**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$300,000.00**    Column B: **$430,000.00**

Debtor   **Popelino's Transportation, Inc.**                              Case number (if known) _____
         <sub>Name</sub>

---

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Alliance Funding Group, headq.** | | | |

Creditor's Name

**Brij Pater, CEO
aka Pawnee Leasing
17542 17th Street, Suite 200
Tustin, CA 92780**

Creditor's mailing address

**BHall@afg.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**        $55,015.00        $45,000.00
**2014 Caterpillar**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Alliance Funding Group, Headq.** | | | |

Creditor's Name

**Brij Patel, CEO
17542 17th Street, Suite 200
Tustin, CA 92780**

Creditor's mailing address

**BHall@afg.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**        $60,740.00        $50,000.00
**2017 Kenworth [VIN 2862]**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Alliance Funding Group, Headq.** | | | |

**Describe debtor's property that is subject to a lien**        $47,413.00        $55,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 12

Debtor  **Popelino's Transportation, Inc.**                                    Case number (if known) _____

| | |
|---|---|
| Creditor's Name | |
| **Brij Patel, CEO** | **Bark and Mulch Blower** |
| **17542 17th Street, Suite 200** | |
| **Tustin, CA 92780** | |
| Creditor's mailing address | **Describe the lien** |
| | **Security Agreement** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | |
| **Last 4 digits of account number** | |
| | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.6 **Ally Bank (FDIC)** | Describe debtor's property that is subject to a lien | $10,447.00 | $40,000.00 |
|---|---|---|---|
| Creditor's Name | **2018 Kenworth T680 [VIN 3383]** | | |
| **Michael G. Rhodes, CEO** | | | |
| **1110 N Kansas Ave** | | | |
| **Topeka, KS 66608** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Security Agreement** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **4932** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| 2.7 **Ally Bank (FDIC)** | Describe debtor's property that is subject to a lien | $14,065.00 | $35,000.00 |
|---|---|---|---|
| Creditor's Name | **2016 Kenworth T880 [VIN 8033]** | | |
| **Michael G. Rhodes, CEO** | | | |
| **1110 N Kansas Ave** | | | |
| **Topeka, KS 66608** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Security Agreement** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

Debtor  **Popelino's Transportation, Inc.**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Blue Bridge Financial, LLC** | Describe debtor's property that is subject to a lien | $63,127.00 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn. Rob Snow, Managing Member**
**18301 Von Karmen Ave.**
**Irvine, CA 92612**

**2012 Kenworth T800 Sleeper Truck [VIN 1885]**

Creditor's mailing address

**rsnow@bluebridgefinancial.com**

Creditor's email address, if known

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/13/2024**

**Last 4 digits of account number**
**0805**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Blue Bridge Financial, LLC** | Describe debtor's property that is subject to a lien | $11,270.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn. Rob Snow, Managing Member**
**18301 Von Karmen Ave.**
**Irvine, CA 92612**

**2006 Kenworth TM**

Creditor's mailing address

Creditor's email address, if known

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Caterpillar Financial Services Co.** | Describe debtor's property that is subject to a lien | $120,432.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**Jim Umpleby, CEO**
**2120 West End Ave.**
**Nashville, TN 37203**

**2015 Caterpillar 950M Medium Wheel Loader Has a bad engine.**

Debtor  **Popelino's Transportation, Inc.**                                    Case number (if known) _____
_____
Name

Creditor's mailing address

**Describe the lien**
**Security Agreement**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**1/2021**
**Last 4 digits of account number**
**2854**
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Celtic Bank (FDIC)** | | |
|---|---|---|---|

Creditor's Name
**Attn. Reese Howell, Jr.,
CEO
268 South State Street,
Suite 300
Salt Lake City, UT 84111**
Creditor's mailing address

| **Describe debtor's property that is subject to a lien** | **$140,000.00** | **$1,363,115.00** |
|---|---|---|
| **All Assets** | | |

**Describe the lien**
**UCC-1 [3]**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**11/20/24**
**Last 4 digits of account number**
**6600**
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **CNH Industrial Capital
America** | | |
|---|---|---|---|

Creditor's Name
**Gerrit Marx, CEO
711 Jorie Blvd.
Oak Brook, IL 60523**
Creditor's mailing address

| **Describe debtor's property that is subject to a lien** | **$13,190.00** | **$20,000.00** |
|---|---|---|
| **2020 New Holland L328 [VIN 6729]** | | |

**Describe the lien**
**Security Agreement**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4388**

Debtor  **Popelino's Transportation, Inc.**                                    Case number (if known) _____
       <sub>Name</sub>

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **CNH Industrial Capital America** | | $59,220.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**Gerrit Marx, CEO
711 Jorie Blvd.
Oak Brook, IL 60523**
<sub>Creditor's mailing address</sub>

**Describe debtor's property that is subject to a lien**
**Skid Steer L328**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

<sub>Creditor's email address, if known</sub>

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/17/2023**
**Last 4 digits of account number**
**0179**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **CNH Industrial Capital America** | | $217,479.00 | $180,000.00 |
|---|---|---|---|---|

Creditor's Name

**Gerrit Marx, CEO
711 Jorie Blvd.
Oak Brook, IL 60523**
<sub>Creditor's mailing address</sub>

**Describe debtor's property that is subject to a lien**
**2023 Doosan DL320-7 US10 Wheel Loader & Doosan GP Bucket**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

<sub>Creditor's email address, if known</sub>

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/30/2023**
**Last 4 digits of account number**
**7395**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **CNH Industrial Capital America** | | $61,219.00 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**Gerrit Marx, CEO
711 Jorie Blvd.
Oak Brook, IL 60523**

**Describe debtor's property that is subject to a lien**
**New Holland L328**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 12

Debtor    **Popelino's Transportation, Inc.**                    Case number (if known) _____
_____
Name

---

Creditor's mailing address

**Describe the lien**
**Security Agreement**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/30/2023**
**Last 4 digits of account number**
**6466**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 6 | **De Lage Landen Financial Services** | **Describe debtor's property that is subject to a lien** | $60,812.00 | $130,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn. Carlo van Kemenade, President**
**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

**Peterson Grinder 2710d**

**Describe the lien**
**Security Agreement**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/2019**
**Last 4 digits of account number**
**6795**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 7 | **Ford Motor Credit** | **Describe debtor's property that is subject to a lien** | $111,809.00 | $80,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: Cathy O'Callaghan, CEO**
**1 American Road**
**Dearborn, MI 48126**
Creditor's mailing address

**2024 Ford F250 VIN 3809**

**Describe the lien**
**Security Agreement**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6146**

---

Debtor __**Popelino's Transportation, Inc.**__
      Name                                                      Case number (if known) _____

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.18 | **JPMorgan Chase, N.A. (FDIC)** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn. James Dimon, CEO**
**1111 Polaris Parkway**
**Columbus, OH 43240**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Commercial Loan**

**Last 4 digits of account number**
**9007**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. JPMorgan Chase, N.A. (FDIC)**
**2. San Bernardino Tax Collector**

**Describe debtor's property that is subject to a lien**
**1880 Brown Avenue, Riverside, CA 92509**
**APN's: 0260-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, 0260-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,**
**0260-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, and 0260-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**
**(property is owned by debtor's principal)**

**Describe the lien**
**1st Deed of Trust [cross collateral w/personal assets]**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

                **$742,574.00**           **$751,486.00**

---

| 2.19 | **Milestone Bank (FDIC)** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: Gary Harding, CEO**
**310 South Main St., Suite 900**
**Salt Lake City, UT 84101**

Creditor's mailing address

**customerservice@milestonebank.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 Peterbilt Truck & 2019 Ford F550**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

                **$88,887.00**           **$105,000.00**

---

Debtor    **Popelino's Transportation, Inc.**                    Case number (if known) _____
          Name

| 2.2 0 | **Pathward, N.A., Corp. (FDIC)** | Describe debtor's property that is subject to a lien | $3,566.00 | $18,000.00 |
|---|---|---|---|---|

Creditor's Name

**Brett Pharr, CEO**
**5501 S Broadband Ln**
**Sioux Falls, SD 57108**
Creditor's mailing address

**2013 KW Unit 21**

Creditor's email address, if known

Describe the lien
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2811**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Pathward, N.A., Corp. (FDIC)** | Describe debtor's property that is subject to a lien | $11,193.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**Brett Pharr, CEO**
**5501 S Broadband Ln**
**Sioux Falls, SD 57108**
Creditor's mailing address

**2013 Peterbilt VA [VIN 1617]**

Creditor's email address, if known

Describe the lien
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2812**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Pathward, N.A., Corp. (FDIC)** | Describe debtor's property that is subject to a lien | $18,343.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**Brett Pharr, CEO**
**5501 S Broadband Ln**
**Sioux Falls, SD 57108**
Creditor's mailing address

**2015 Peterbilt Model 367 [VIN 5489]**

Creditor's email address, if known

Describe the lien
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 9 of 12

Debtor  **Popelino's Transportation, Inc.**                                      Case number (if known) _____
         <span>Name</span>

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2813**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 3 | **San Bernardino Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $8,912.00    $751,486.00
**1880 Brown Avenue, Riverside, CA 92509**
**APN's: 0260-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, 0260-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,**
**268 W Hospitality Lane**    **0260-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, and 0260-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**
**San Bernardino, CA 92415**    **(property is owned by debtor's principal)**

Creditor's mailing address

**Describe the lien**
**Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
**Date debt was incurred**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**12/2024 to 4/2025**
**Last 4 digits of account number**
**0000**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.18** | ☐ Disputed |

---

| 2.2 4 | **U.S. Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

**Office of General Counsel**    **Describe debtor's property that is subject to a lien**    $1,256,900.00    $1,363,115.00
**312 North Spring Street,**    **All Assets**
**5th Floor**
**Los Angeles, CA 90012**

Creditor's mailing address

**Describe the lien**
**UCC1 [2] [SBA Disaster Loan]**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
**Date debt was incurred**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2020/2021**
**Last 4 digits of account number**
**8102**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Debtor    **Popelino's Transportation, Inc.**                                    Case number (if known)
     Name

| 2.2 5 | **Umpqua Bank (FDIC)** | Describe debtor's property that is subject to a lien | $47,106.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**aka Financial Pacific
Leasing
Clint Stein, CEO
445 Se Main St
Roseburg, OR 97470**
Creditor's mailing address

**2017 Kenworth [VIN 7862]**

Creditor's email address, if known

Describe the lien
**Lease**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/15/22**
Last 4 digits of account number
**7901**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 6 | **WSFS Company,
Headquarters** | Describe debtor's property that is subject to a lien | $2,148.00 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**aka  Bryn Mawr Trust
Ted Peters, CEO
500 Delaware Avenue
Wilmington, DE 19801**
Creditor's mailing address

**2013 Kenworth T80 Vin#5755 and
2017 Freightliner 125 TR Roll-Off Vin#5510**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**GTT1**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $3,582,737.00 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 11 of 12

Debtor   **Popelino's Transportation, Inc.**
          Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ally Bank**<br>**PO Box 13625**<br>**Philadelphia, PA 19101** | Line **2.6** | |
| **Ally Bank**<br>**PO Box 13625**<br>**Philadelphia, PA 19101** | Line **2.7** | |
| **Bryn Mawr Funding dba**<br>**The Bryn Mawr Trust Company**<br>**801 Lancaster Avenue**<br>**Bryn Mawr, PA 19010** | Line **2.26** | |
| **Financial Pacific Leasing**<br>**Subsidiary of Umpqua Bank**<br>**3455 S. 344th Way, Ste 300**<br>**Auburn, WA 98001** | Line **2.25** | |
| **Milestone Bank**<br>**aka Cash C&D**<br>**50 W. Big Beaver Road, Ste. 245**<br>**Troy, MI 48084** | Line **2.19** | |
| **On Deck - Celtic Bank**<br>**aka ASSN Company**<br>**4700 W. Daybreak Pkwy, Suite 200**<br>**South Jordan, UT 84009** | Line **2.11** | |
| **Pawnee Leasing Corporation**<br>**3801 Automation Way, Suite 207**<br>**Fort Collins, CO 80525** | Line **2.3** | |
| **U.S. Small Business Administration**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | Line **2.24** | |

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 12 of 12

**Fill in this information to identify the case:**

Debtor name   **Popelino's Transportation, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Michael Anacleto**<br>**4406 W. Camille St. Apt B**<br>**Santa Ana, CA 92704** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,150.00 | $1,150.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Pre-petition wages** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Javier Aranda**<br>**9605 Lombardy Ave.**<br>**Fontana, CA 92335** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,120.00 | $1,120.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Pre-petition Wages** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Popelino's Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,093.00 | $1,093.00 |
|---|---|---|---|---|
| | **Eliseo Arroyo** | *Check all that apply.* | | |
| | **1635 Via Santiago Apt F** | ☐ Contingent | | |
| | **Corona, CA 92882** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|
| | **Jose Barragan** | *Check all that apply.* | | |
| | **3661 Hunter St.** | ☐ Contingent | | |
| | **Riverside, CA 92509** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|
| | **Monica Barragan** | *Check all that apply.* | | |
| | **9036 Mission Blvd. PMB 91** | ☐ Contingent | | |
| | **Riverside, CA 92509** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|
| | **Arcadio Bautista** | *Check all that apply.* | | |
| | **3661 Hunter St.** | ☐ Contingent | | |
| | **Riverside, CA 92509** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Popelino's Transportation, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address<br>**Oswaldo Bonilla** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $425.00 | $425.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Presiliano Clavel** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $719.00 | $719.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**PO Box 3952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number **1401**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Milton Guzman** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $561.00 | $561.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Pre-petition Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Popelino's Transportation, Inc.**          Case number (if known) _____
    Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,640.00 | $2,640.00 |
|---|---|---|---|---|

**2.11** Priority creditor's name and mailing address

**Internal Revenue Service**
**Official Noticing Address for BK**
**POB 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$2,640.00**   **$2,640.00**

Date or dates debt was incurred
**2022**

Basis for the claim:
**Taxes**

Last 4 digits of account number **1401**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.12** Priority creditor's name and mailing address

**Sebastian Lopez Gonzalez**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$413.00**   **$413.00**

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.13** Priority creditor's name and mailing address

**Sebastian Lorenzo Esteban**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$1,125.00**   **$1,125.00**

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.14** Priority creditor's name and mailing address

**Carlos Alberto Marquez**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$297.00**   **$297.00**

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Popelino's Transportation, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address
**Ricardo F Marquez**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$363.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address
**Francisco Medina**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$360.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address
**Karla Morales**
**9036 Mission Blvd.**
**PMB 91**
**Riverside, CA 92509**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,500.00    $1,500.00

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address
**Alfonso Ochoa**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$297.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Popelino's Transportation, Inc.**                    Case number (if known) _____
_____Name

| 2.19 | Priority creditor's name and mailing address **Ruben Parra** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,164.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Pre-petition Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address **Jose P Perez** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,090.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Pre-petition Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address **Pedro Perez** **Riverside, CA** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $850.00 | $850.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Pre-petition wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address **Martin Quintero Esquivel** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $475.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Pre-petition Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | Popelino's Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.23** Priority creditor's name and mailing address
**Pedro Quiroz**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,175.00 $0.00

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24** Priority creditor's name and mailing address
**Juan Salas Vargas**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,176.00 $0.00

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address
**Maria Elizabeth Sanchez
Hernandez
175 E. Easton St. Apt 79
Rialto, CA 92376**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$500.00 $500.00

Date or dates debt was incurred

Basis for the claim:
**Pre-petition wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address
**Ana I Sanchez**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$600.00 $0.00

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Popelino's Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.27** Priority creditor's name and mailing address
**Anthony Vincent Suarez**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$960.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.28** Priority creditor's name and mailing address
**Cristian Velazquez Magana**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$297.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Pre-petition Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**American Express**
**P.O. Box 0001**
**Los Angeles, CA 90096**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,745.00

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **2009**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**American Express**
**P.O. Box 0001**
**Los Angeles, CA 90096**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,786.00

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**American Express**
**P.O. Box 0001**
**Los Angeles, CA 90096**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,261.00

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1002**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Popelino's Transportation, Inc.**                                Case number (if known) _____
         _____
         Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,213.00 |
|---|---|---|---|

**American Express**
P.O. Box 0001
Los Angeles, CA 90096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,714.00 |
|---|---|---|---|

**Bank of America**
Po Box 1598
Norfolk, VA 23501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **2256**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,775.00 |
|---|---|---|---|

**Century Surety Company**
c/o Latitude Subrogation Services
POB 2167
Birmingham, MI 48012-9998

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/2020**

Basis for the claim:  **Collection Account**

Last 4 digits of account number  **0413**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,429.00 |
|---|---|---|---|

**Citi Cards Costco**
PO Box 78019
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **4024**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,858,622.00 |
|---|---|---|---|

**D&R Woods Enterprise**
c/o Paul M. Mahoney
MAHONEY & SOLL, LLP
150 W. 1st Street. Suite 180
Claremont, CA 91711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/12/2024**

Basis for the claim:  **Final Judgment re [lead case CVI2102080]**
**Rosario Rios & Justice Cuts dba R&D $2,769,111**
**Richard Boyd & Elisa Boyd $273,066**
**Prejudgment interest $765,331**
**Post Judgment Interest $51,114**

Last 4 digits of account number  **2080**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elisa Boyd**
c/o Rod Pacheco
PACHECO & NEACH PC
2 Park Plaza, Suite 1000
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment re [lead case CVI2102080]**

Last 4 digits of account number  **1477**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,000.00 |
|---|---|---|---|

**Hortencia Barragan**
9036 Mission Blvd. PMB 91
Riverside, CA 92509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Popelino's Transportation, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.11** | **Nonpriority creditor's name and mailing address**
**Israel Morales**

As of the petition filing date, the claim is: *Check all that apply.*     **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2024**

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Jose Barragan**
**3661 Hunter Street**
**Riverside, CA 92509**

As of the petition filing date, the claim is: *Check all that apply.*     **$72,808.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3129**

Basis for the claim:  **Charges from personal credit card (Bank of America #4726)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Jose Barragan**
**3661 Hunter Street**
**Riverside, CA 92509**

As of the petition filing date, the claim is: *Check all that apply.*     **$4,852.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3129**

Basis for the claim:  **Charges from personal credit card (Macy's #9962)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Jose Barragan**
**3661 Hunter Street**
**Riverside, CA 92509**

As of the petition filing date, the claim is: *Check all that apply.*     **$32,130.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3129**

Basis for the claim:  **Charges from personal credit card Discovery #5906**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
**Jose Barragan**
**3661 Hunter Street**
**Riverside, CA 92509**

As of the petition filing date, the claim is: *Check all that apply.*     **$919.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3129**

Basis for the claim:  **Charges from personal credit card (Home Depot Credit Services #0369)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**
**Jose Barragan**
**3661 Hunter Street**
**Riverside, CA 92509**

As of the petition filing date, the claim is: *Check all that apply.*     **$2,297.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3129**

Basis for the claim:  **Charges from personal credit card (Sams Club #0467)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address**
**Jose Barragan**
**3661 Hunter Street**
**Riverside, CA 92509**

As of the petition filing date, the claim is: *Check all that apply.*     **$16,549.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3129**

Basis for the claim:  **Charges from personal credit card (Citi #1204)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Popelino's Transportation, Inc.**                                    Case number (if known) _____
_____
         Name

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Justice Cuts dba Recycling & Recov**
**c/o Rod Pacheco**
**PACHECO & NEACH PC**
**2 Park Plaza, Suite 1000**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Judgment re [Lead Case No. CVRI2102080]**

Last 4 digits of account number  **1477**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,000.00 |

**K&J Transport**
**9770 Alder Ave.**
**Bloomington, CA 92316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80,896.00 |

**Karla Morales**
**9036 Mission Blvd. PMB 91**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2024**

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,811.00 |

**Karla Morales**
**9036 Mission Blvd. PMB 91**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Charges from personal Chase credit card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |

**Los Reyes Accounting & Consulting,**
**4364 Eagle Rock Blvd**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2024**

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31,000.00 |

**Monica Barragan**
**9036 Mission Blvd. PMB 91**
**Riverside, CA 92509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2024**

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |

**Oscar Almanzor**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Popelino's Transportation, Inc.**                                    Case number (if known) _____
_____
    Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Richard Boyd**
**c/o Rod Pacheco**
**PACHECO & NEACH PC**
**2 Park Plaza, Suite 1000**
**Irvine, CA 92614**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**1477**__

Basis for the claim: __Judgment re [lead case CVI2102080]__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |

**Rodriguez Express, Inc.**
**Victor Rodriguez, CEO**
**10882 Lansford Street**
**Mira Loma, CA 91752**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred __11/2024__

Last 4 digits of account number __

Basis for the claim: __Loan__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Rosario Rios**
**c/o Rod Pacheco**
**PACHECO & NEACH PC**
**2 Park Plaza, Suite 1000**
**Irvine, CA 92614**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**1477**__

Basis for the claim: __Judgment re [lead case CVI2102080]__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210,000.00 |

**Valley Fresh Produce, Inc.**
**275 Kearney Street, Extension #A**
**Saratoga, CA 95070**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**1416**__

Basis for the claim: __Lawsuit Case No. 20CV01416__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |

**WCA**
**Ken Ramstad**
**14900 Concordia Ranch Rd**
**Lake Elsinore, CA 92531**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred __11/2024__

Last 4 digits of account number __

Basis for the claim: __Loan__

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1  **Elisa Boyd**
    **c/o Rod Pacheco**
    **PACHECO & NEACH PC**
    **2 Park Plaza, Suite 1000**
    **Irvine, CA 92614**

Line __**3.8**__

☐ Not listed. Explain ____

__

| Debtor | Popelino's Transportation, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Justice Cuts dba Recycling & Recov**<br>**c/o Rod Pacheco**<br>**PACHECO & NEACH PC**<br>**2 Park Plaza, Suite 1000**<br>**Irvine, CA 92614** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Latitude Subrogation Services**<br>**6785 Telegraph Rd. Ste 400**<br>**Bloomfield Hills, MI 48301** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Richard Boyd**<br>**c/o Rod Pacheco**<br>**PACHECO & NEACH PC**<br>**2 Park Plaza, Suite 1000**<br>**Irvine, CA 92614** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Rosario Rios**<br>**c/o Rod Pacheco**<br>**PACHECO & NEACH PC**<br>**2 Park Plaza, Suite 1000**<br>**Irvine, CA 92614** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Valley Fresh Produce, Inc.**<br>**c/o Michael J. Barsi**<br>**8070 Soquel Drive, Suite 210**<br>**PO Box 1721**<br>**Aptos, CA 95001** | Line  **3.28**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Valley Fresh Produce, Inc.**<br>**275 Kearney Ext. A**<br>**Watsonville, CA 95076** | Line  **3.28**<br><br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Valley Fresh Produce, Inc.**<br>**c/o Wade Litigation**<br>**262 East Main Street**<br>**Los Gatos, CA 95030** | Line  **3.28**<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          22,650.00 |
| **5b. Total claims from Part 2** | 5b.  + | $       4,723,807.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $      4,746,457.00 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Popelino's Transportation, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property*
   (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **2019 McCloskey S190 "Triple Deck" Monthly Payment: $6,402** | |
|---|---|---|---|
| | State the term remaining | **9 months** | |
| | List the contract number of any government contract | _____ | **\*Alliance Funding Group 17542 17th Street, Suite 200 Tustin, CA 92780** |

**Fill in this information to identify the case:**

Debtor name __**Popelino's Transportation, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Empire Berries S. De R L. De C.V. | 3661 Hunter Street Riverside, CA 92509 | Valley Fresh Produce, Inc. | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.2 | Jose Barragan | 3661 Hunter Street Riverside, CA 92509 | Rosario Rios | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.3 | Jose Barragan | 3661 Hunter Street Riverside, CA 92509 | Richard Boyd | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.4 | Jose Barragan | 3661 Hunter Street Riverside, CA 92509 | Elisa Boyd | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.5 | Jose Barragan | 3661 Hunter Street Riverside, CA 92509 | Justice Cuts dba Recycling & Recov | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |

| Debtor | **Popelino's Transportation, Inc.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| 2.6 | Jose Barragan | 3661 Hunter Street<br>Riverside, CA 92509 | Valley Fresh<br>Produce, Inc. | ☐ D ____<br>■ E/F __3.28__<br>☐ G ____ |

| 2.7 | Jose Barragan | 3661 Hunter Street<br>Riverside, CA 92509 | JPMorgan Chase,<br>N.A. (FDIC) | ■ D __2.18__<br>☐ E/F ____<br>☐ G ____ |

| 2.8 | Jose Barragan | 3661 Hunter Street<br>Riverside, CA 92509 | Alliance Funding<br>Group, Headq. | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

| 2.9 | Jose Barragan | 3661 Hunter Street<br>Riverside, CA 92509 | U.S. Small Business<br>Administration | ■ D __2.24__<br>☐ E/F ____<br>☐ G ____ |

| 2.10 | Jose Barragan | 3661 Hunter Street<br>Riverside, CA 92509 | CNH Industrial<br>Capital America | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |

| 2.11 | Jose Barragan | 3661 Hunter Street<br>Riverside, CA 92509 | Caterpillar Financial<br>Services Co. | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |

| 2.12 | Jose Barragan | 3661 Hunter Street<br>Riverside, CA 92509 | American Express | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |

| 2.13 | Jose Barragan | 3661 Hunter Street<br>Riverside, CA 92509 | Bank of America | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |

Official Form 206H                    Schedule H: Your Codebtors

Debtor   **Popelino's Transportation, Inc.**                      Case number *(if known)* _____

████   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                   *Column 2:* **Creditor**

| 2.14 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Citi Cards Costco** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.15 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **WSFS Company,**<br>**Headquarters** | ■ D __2.26__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.17 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **American Express** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.18 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **American Express** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.19 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Ally Bank (FDIC)** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Milestone Bank**<br>**(FDIC)** | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **D&R Woods**<br>**Enterprise** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |

Debtor  **Popelino's Transportation, Inc.**                    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                              Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Century Surety**<br>**Company** | ☐ D _____<br>■ E/F  **3.6**<br>☐ G _____ |
| 2.23 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Blue Bridge**<br>**Financial, LLC** | ■ D  **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Alliance Funding**<br>**Group, headq.** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Celtic Bank (FDIC)** | ■ D  **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Alliance Funding**<br>**Group, headq.** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Alliance Funding**<br>**Group, Headq.** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Alliance Funding**<br>**Group, Headq.** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **San Bernardino Tax**<br>**Collector** | ■ D  **2.23**<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors

Debtor    **Popelino's Transportation, Inc.**                                      Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.30 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Pathward, N.A., Corp.**<br>**(FDIC)** | ■ D  2.20<br>☐ E/F ____<br>☐ G ____ |
| 2.31 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Pathward, N.A., Corp.**<br>**(FDIC)** | ■ D  2.21<br>☐ E/F ____<br>☐ G ____ |
| 2.32 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Pathward, N.A., Corp.**<br>**(FDIC)** | ■ D  2.22<br>☐ E/F ____<br>☐ G ____ |
| 2.33 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **Ford Motor Credit** | ■ D  2.17<br>☐ E/F ____<br>☐ G ____ |
| 2.34 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **De Lage Landen**<br>**Financial Services** | ■ D  2.16<br>☐ E/F ____<br>☐ G ____ |
| 2.35 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **CNH Industrial**<br>**Capital America** | ■ D  2.15<br>☐ E/F ____<br>☐ G ____ |
| 2.36 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **CNH Industrial**<br>**Capital America** | ■ D  2.13<br>☐ E/F ____<br>☐ G ____ |
| 2.37 | **Jose Barragan** | **3661 Hunter Street**<br>**Riverside, CA 92509** | **CNH Industrial**<br>**Capital America** | ■ D  2.14<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Popelino's Transportation, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.38 | **Jose Barragan** | **3661 Hunter Street** | **Blue Bridge** |
| | | **Riverside, CA 92509** | **Financial, LLC** |

■ D ___2.9___
☐ E/F _____
☐ G _____

| 2.39 | **Jose Barragan** | **3661 Hunter Street** | **Ally Bank (FDIC)** |
| | | **Riverside, CA 92509** | |

■ D ___2.7___
☐ E/F _____
☐ G _____

| 2.40 | **Jose Barragan** | **3661 Hunter Street** | **Alliance Funding** |
| | | **Riverside, CA 92509** | **Group** |

☐ D _____
☐ E/F _____
■ G ___2.1___

**Fill in this information to identify the case:**

Debtor name  **Popelino's Transportation, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $603,000.00 |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $4,130,404.00 |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $3,201,102.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor  **Popelino's Transportation, Inc.**                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Alfredo Aguilera** | 01/16/25 $8000 02/25/25 $6500 | $14,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| **3.2.** **Alliance aka Pawnee Leasing** | 12/17/24 $4124 12/17/24 $3399 01/03/25 $3296 01/16/25 $3399 01/16/25 $4124 02/04/25 $3296 | $21,638.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.3.** **Alliance Funding Group** **17542 17th Street, Suite 200** **Tustin, CA 92780** | 12/17/24 $6402, $2350 1/16/25 $7312, $6402, $522 3/15/25 | $22,988.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.4.** **Chase -Small Business** | 12/05/24 $7417 01/07/25 $7417 | $7,417.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.5.** **Cypress** | 12/03/24 $17124 12/12/24 $1640 01/01/25 $17124 02/03/25 $17124 | $53,012.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Insurance for trucks and trailers** |
| **3.6.** **CNH Industrial Capital America, LLC** **Attn. Carlo Alberto, Managing Membe** **700 State Street** **Racine, WI 53404** | 12/03/24 $5868, $1331 12/18/24 $1346 12/23/24 $942 01/03/25 $5868, $1331 01/21/25 $1346, $942 02/04/25 $5868, $1331 | $26,173.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Popelino's Transportation, Inc.**                                    Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.7.** **Dept Waste Res Moreno Valley** | 12/01/24 - 12/31/24 $5518<br>01/01/25 - 01/31/25 $7988<br>02/01/25 - 02/28/25 $1154<br>03/27/25 - 03/11/25 $1713 | $16,373.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| **3.8.** **Ind Metal Suppl-Inland** | 12/19/24 $7286<br>2/1/25 $10,382 | $17,668.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.9.** **Industrial Control Equip** | 12/09/24 $5000<br>01/02/25 $4386 | $9,386.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.10.** **Laurdes Martinez** | 03/06/25 | $9,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.11.** **Leasedirect** | 12/17/24 $12436<br>01/16/25 $12436 | $24,872.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.12.** **Merit Oil Co.** | 12/05/24 $12943<br>12/17/24 $10964<br>12/23/24 $9570<br>01/07/25 $14508<br>01/13/25 $23067<br>01/31/25 $15396<br>02/14/25 $21865<br>02/25/25 $24469 | $132,782.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Diesel Fuel** |

Debtor    **Popelino's Transportation, Inc.**                        Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.13 | **Milestone Bank**<br>aka Cash C&D<br>50 W. Big Beaver Road, Ste. 245<br>Troy, MI 48084 | 12/17/24<br>$3444<br>01/16/25<br>$3444<br>02/16/25<br>$3444 | $10,332.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14 | **Ondeck Capital 19** | 12/03/24<br>$3773<br>12/09/24<br>$3773<br>12/16/24<br>$3773<br>12/23/24<br>$3773<br>12/30/24<br>$3773<br>01/06/25<br>$3773<br>01/13/25<br>$3773<br>01/21/25<br>$3773<br>01/27/25<br>$3773<br>02/03/25<br>$3773 | $37,730.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15 | **Orozco WF Services Inc.** | 01/27/25 | $14,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Dump Fees Acct#6600  check 16116** |
| 3.16 | **Pathward, N.A., Corp. Headquarters**<br>Brett Pharr, CEO<br>5501 S Broadband Ln<br>Sioux Falls, SD 57108 | 12/03/24<br>$1783, $1599<br>12/17/24<br>$1667<br>01/03/25<br>$1783, $1599<br>01/16/25<br>$1667 | $10,098.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17 | **Sergio Martinez** | 01/15/25 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Acct#6600  check 16001** |

Debtor    **Popelino's Transportation, Inc.**                                     Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.18 | **U.S. Small Business Administration**<br>**Office of General Counsel**<br>**312 North Spring Street, 5th Floor**<br>**Los Angeles, CA 90012** | 12/17/24<br>$6205<br>01/16/25<br>$6205<br><br>03/17/25 | $12,410.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19 | **WCA Auction** | 2/26/25<br>$11450<br>2/26/25<br>$11450 | $22,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount
   may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Jose Barragan**<br>**3661 Hunter Street**<br>**Riverside, CA 92509**<br>**President** | 4/01/2024 -<br>12/31/2024<br>$55,500<br>1/01/2025 -<br>2/28/2025<br>$10,500 | $66,000.00 | **Wages** |
| 4.2. | **Karla Morales**<br>**9036 Mission Blvd. PMB 91**<br>**Riverside, CA 92509**<br>**Manager and Sister to Debtor's**<br>**Principal** | 4/01/2024 -<br>12/31/2024<br>$49,916<br>1/01/2025 -<br>2/28/2025<br>$10,780 | $60,696.00 | **Wages** |
| 4.3. | **Monica Barragan**<br>**9036 Mission Blvd. PMB 91**<br>**Riverside, CA 92509**<br>**Sister to Debtor's Principal** | 4/01/2024 -<br>12/31/2024<br>$3,700<br>1/01/2025 -<br>2/28/2025<br>$3,910<br>2/6/25 $1000<br>3/3/25 $1000 | $9,610.00 | **Wages** |
| 4.4. | **Jose Barragan**<br>**3661 Hunter Street**<br>**Riverside, CA 92509**<br>**President** | 4/01/2024 -<br>3/01/2025<br>$527<br>monthly | $6,324.00 | **Payments to Capital One Auto**<br>**Finance #4302 for**<br>**2020 Volkswagen Jetta** |
| 4.5. | **Jose Barragan**<br>**3661 Hunter Street**<br>**Riverside, CA 92509**<br>**President and codebtor** | 4/2024 -<br>12/2024<br>$6,205<br>monthly | $55,845.00 | **Payments to SBA #8102** |

Debtor    **Popelino's Transportation, Inc.**                                         Case number (If known)

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6. Jose Barragan<br>3661 Hunter Street<br>Riverside, CA 92509<br>President | 04/01/2024 to<br>03/01/2025<br>$3,314<br>Monthly | $36,454.00 | **Payments to JPMorgan Chase #3897 Mortgage Pmt [Creek Cir., Jurupa Valley]** |
| 4.7. Jose Barragan<br>3661 Hunter Street<br>Riverside, CA 92509<br>President | 04/01/2024 to<br>03/01/2025<br>$2,679<br>monthly | $32,148.00 | **Payments to JPMorgan Chase #4501 Mortgage Pmt for [Hunter St., Riverside]** |
| 4.8. Jose Barragan<br>3661 Hunter Street<br>Riverside, CA 92509<br>President and codebtor | 04/01/2024 to<br>03/01/2025<br>$7,417<br>monthly | $89,004.00 | **Payments to JPMorgan Chase #9007 Commercial Loan/Mortgage Pmt for [Brown Ave., Riverside]** |
| 4.9. Jose Barragan<br>3661 Hunter Street<br>Riverside, CA 92509<br>President and codebtor | 4/2024 -<br>12/2024<br>monthly<br>payments of<br>$5,868;<br>$1,346;<br>$1,331; and<br>$942 =<br>$9,487 | $85,383.00 | **Payments to CNH Industrial Capital America, LLC #7395; #0179; #6466; and #4388** |
| 4.10. Jose Barragan<br>3661 Hunter Street<br>Riverside, CA 92509<br>President and codebtor | 4/2024  -<br>12/2024<br>$6,402<br>monthly | $57,618.00 | **Payments to Alliance Funding Group** |
| 4.11. Jose Barragan<br>3661 Hunter Street<br>Riverside, CA 92509<br>President and codebtor | 4/2024 -<br>12/2024<br>$12,436<br>monthly | $111,924.00 | **Payments to De Lage Landen** |
| 4.12. Jose Barragan<br>3661 Hunter Street<br>Riverside, CA 92509<br>President and codebtor | 4/2024 -<br>12/2024<br>$2,375<br>monthly | $21,375.00 | **Payment to Ford for 2024 F250** |
| 4.13. Jose Barragan<br>3661 Hunter Street<br>Riverside, CA 92509<br>President and codebtor | 4/2024 -<br>12/2024<br>$3,140<br>monthly | $28,260.00 | **Payments to Financial Pacific Leasing** |
| 4.14. Jose Barragan<br>3661 Hunter Street<br>Riverside, CA 92509<br>President and codebtor | 4/2024 -<br>3/2025 | $11,024.00 | **Bryn Mawr Trust #4733** |
| 4.15. Jose Barragan<br>3661 Hunter Street<br>Riverside, CA 92509<br>President and codebtor | 4/2024 -<br>12/2024<br>$3,444<br>monthly | $30,996.00 | **Payments to Milestone Bank aka Cash C&D** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Popelino's Transportation, Inc.**    Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **D&R Woods Enterprise vs. Popelino's Transportation, Inc.**<br>**CVRI2102080** | **Complaint for Negligence, Trespass, and Nuisance** | **Superior Court of California Riverside County 4050 Main Street Riverside, CA 92501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Rosario Rios et al. vs. Popelinos's Transportation et al.**<br>**CVRI2101477 [lead case CVI2102080]** | **Complaint for Damages** | **Superior Court of California Riverside County 4050 Main Street Riverside, CA 92501** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Valley Fresh Produce, Inc. vs. Popelino's Transportation, Inc. et al.**<br>**20CV01416** | **Complaint** | **Superior Court of California Santa Cruz County 1 2nd Street Watsonville, CA 95076** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Popelino's Transportation, Inc. -v - Ford Motor Company et al**<br>**CIVSB2425186** | **Breach of Contract** | **Superior Court San Bernardino 247 West Third Street San Bernardino, CA 92415-0302** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Popelino's Transportation, Inc.**                                  Case number *(if known)* _____

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **THE TUROCI FIRM**<br>**3845 Tenth Street**<br>**Riverside, CA 92501** | **Attorney Fees** | **2/3/2025, 2/14/2025, and 3/14/2025** | **$98,262.00** |
| | Email or website address<br>mail@theturocifirm.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Valley Fresh Produce, Inc.**<br>**c/o Michael J. Barsi**<br>**8070 Soquel Drive, Suite 210**<br>**PO Box 1721**<br>**Aptos, CA 95001** | **Levied funds were transferred to creditor pursuant to a Settlement Agreement signed on 07/08/2024.** | **approx. 07/08/2024** | **$130,521.00** |
| | Relationship to debtor<br>**None** | | | |

Debtor    **Popelino's Transportation, Inc.**                                    Case number *(if known)* _____

---

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Popelino's Transportation, Inc.**                                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    **Popelino's Transportation, Inc.**                          Case number *(if known)* _____

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | AYOUB AND ASSOCIATES, P. C. 4218 GREEN RIVER RD. Corona, CA 92880 | 2016 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jose Barragan | 3661 Hunter Street Riverside, CA 92509 | President | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

Debtor    **Popelino's Transportation, Inc.** _____    Case number _(if known)_ _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☒ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Fill in this information to identify the case:**

Debtor name   **Popelino's Transportation, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____3/18/25_____          **Jose Barragan**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Popelino's Transportation, Inc.** _____  Case No. _____

_____  Chapter  **11**
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $ _____ **As Billed**

    Prior to the filing of this statement I have received (**Including Filing Fee**) _____  $ _____ **100,000.00**

    Balance Due _____  $ _____ **As Billed**

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    [✓] Debtor      [ ] Other (specify):

4.  The source of compensation to be paid to me is:

    [ ] Debtor      [ ] Other (specify):

5.  [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____ 3/18/25 _____          _____
Date                                **Todd Turoci 160059**
                                    *Signature of Attorney*
                                    **THE TUROCI FIRM**
                                    **3845 Tenth Street**
                                    **Riverside, CA 92501**
                                    **(951) 784-1678   Fax: (866) 762-0618**
                                    **mail@theturocifirm.com**
                                    *Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Todd Turoci 160059**
**3845 Tenth Street**
**Riverside, CA 92501**
**(888) 332-8362 Fax: (866) 762-0618**
California State Bar Number: **160059 CA**
**mail@theturocifirm.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Popelino's Transportation, Inc.**

CASE NO.:

CHAPTER: **11**

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of ___ sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ____3/18/25____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ____3/18/25____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Popelino's Transportation, Inc.
3661 Hunter Street
Riverside, CA 92509


Alliance Funding Group, Headq.
Brij Patel, CEO
17542 17th Street, Suite 200
Tustin, CA 92780


Alliance Funding Group, headq.
Brij Pater, CEO
aka Pawnee Leasing
17542 17th Street, Suite 200
Tustin, CA 92780


Ally Bank
PO Box 13625
Philadelphia, PA 19101


Ally Bank (FDIC)
Michael G. Rhodes, CEO
1110 N Kansas Ave
Topeka, KS 66608


American Express
P.O. Box 0001
Los Angeles, CA 90096


Bank of America
Po Box 1598
Norfolk, VA 23501


Blue Bridge Financial, LLC
Attn. Rob Snow, Managing Member
18301 Von Karmen Ave.
Irvine, CA 92612

Bryn Mawr Funding dba
The Bryn Mawr Trust Company
801 Lancaster Avenue
Bryn Mawr, PA 19010


Caterpillar Financial Services Co.
Jim Umpleby, CEO
2120 West End Ave.
Nashville, TN 37203


Celtic Bank (FDIC)
Attn. Reese Howell, Jr., CEO
268 South State Street, Suite 300
Salt Lake City, UT 84111


Century Surety Company
c/o Latitude Subrogation Services
POB 2167
Birmingham, MI 48012-9998


Citi Cards Costco
PO Box 78019
Phoenix, AZ 85062


CNH Industrial Capital America
Gerrit Marx, CEO
711 Jorie Blvd.
Oak Brook, IL 60523


D&R Woods Enterprise
c/o Paul M. Mahoney
MAHONEY & SOLL, LLP
150 W. 1st Street. Suite 180
Claremont, CA 91711


De Lage Landen Financial Services
Attn. Carlo van Kemenade, President
1111 Old Eagle School Road
Wayne, PA 19087

Elisa Boyd
c/o Rod Pacheco
PACHECO & NEACH PC
2 Park Plaza, Suite 1000
Irvine, CA 92614


Financial Pacific Leasing
Subsidiary of Umpqua Bank
3455 S. 344th Way, Ste 300
Auburn, WA 98001


Ford Motor Credit
Attn: Cathy O'Callaghan, CEO
1 American Road
Dearborn, MI 48126


Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 3952
Sacramento, CA 95812-2952


Hortencia Barragan
9036 Mission Blvd. PMB 91
Riverside, CA 92509


Internal Revenue Service
Official Noticing Address for BK
POB 7346
Philadelphia, PA 19101-7346


Israel Morales


Jose Barragan
3661 Hunter Street
Riverside, CA 92509

JPMorgan Chase, N.A. (FDIC)
Attn. James Dimon, CEO
1111 Polaris Parkway
Columbus, OH 43240


Justice Cuts dba Recycling & Recov
c/o Rod Pacheco
PACHECO & NEACH PC
2 Park Plaza, Suite 1000
Irvine, CA 92614


K&J Transport
9770 Alder Ave.
Bloomington, CA 92316


Karla Morales
9036 Mission Blvd. PMB 91
Riverside, CA 92509


Latitude Subrogation Services
6785 Telegraph Rd. Ste 400
Bloomfield Hills, MI 48301


Los Reyes Accounting & Consulting,
4364 Eagle Rock Blvd
Los Angeles, CA 90019


Milestone Bank
aka Cash C&D
50 W. Big Beaver Road, Ste. 245
Troy, MI 48084


Milestone Bank (FDIC)
Attn: Gary Harding, CEO
310 South Main St., Suite 900
Salt Lake City, UT 84101

Monica Barragan
9036 Mission Blvd. PMB 91
Riverside, CA 92509


On Deck - Celtic Bank
aka ASSN Company
4700 W. Daybreak Pkwy, Suite 200
South Jordan, UT 84009


Oscar Almanzor


Pathward, N.A., Corp. (FDIC)
Brett Pharr, CEO
5501 S Broadband Ln
Sioux Falls, SD 57108


Pawnee Leasing Corporation
3801 Automation Way, Suite 207
Fort Collins, CO 80525


Richard Boyd
c/o Rod Pacheco
PACHECO & NEACH PC
2 Park Plaza, Suite 1000
Irvine, CA 92614


Rodriguez Express, Inc.
Victor Rodriguez, CEO
10882 Lansford Street
Mira Loma, CA 91752


Rosario Rios
c/o Rod Pacheco
PACHECO & NEACH PC
2 Park Plaza, Suite 1000
Irvine, CA 92614

San Bernardino Tax Collector
268 W Hospitality Lane
San Bernardino, CA 92415


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155


Umpqua Bank (FDIC)
aka Financial Pacific Leasing
Clint Stein, CEO
445 Se Main St
Roseburg, OR 97470


Valley Fresh Produce, Inc.
275 Kearney Street, Extension #A
Saratoga, CA 95070


Valley Fresh Produce, Inc.
c/o Michael J. Barsi
8070 Soquel Drive, Suite 210
PO Box 1721
Aptos, CA 95001


Valley Fresh Produce, Inc.
c/o Wade Litigation
262 East Main Street
Los Gatos, CA 95030


Valley Fresh Produce, Inc.
275 Kearney Ext. A
Watsonville, CA 95076

WCA
Ken Ramstad
14900 Concordia Ranch Rd
Lake Elsinore, CA 92531


WSFS Company, Headquarters
aka  Bryn Mawr Trust
Ted Peters, CEO
500 Delaware Avenue
Wilmington, DE 19801